





FILED
CLERK'S OFFICE

***DOCKET NO. 875***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)***

FILED
JAN 18 2000
MICHAEL E. KUNZ, Clerk
Dep. Clerk

***(SEE ATTACHED SCHEDULE)***

***ORDER VACATING CONDITIONAL TRANSFER ORDER***

The 102 Eastern District of Virginia actions listed on the attached Schedule A were included on the Panel's conditional transfer order ("CTO-161") filed on December 23, 1999, and finalized in the absence of opposition with respect to these actions on January 10, 2000. The Panel Clerk's Office has now learned that service of CTO-161 on counsel in these Eastern District of Virginia actions was deficient as a result of an automation error. In order to ensure that all parties in these actions have notice of the conditional transfer, it is necessary to vacate CTO-161 as it relates to these actions, which will then be included on an upcoming conditional transfer order in this docket.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-161" filed on December 23, 1999, be, and the same hereby is, VACATED insofar as it relates to the 102 Eastern District of Virginia actions listed on the attached Schedule A.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

## SCHEDULE A

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| VIRGINIA EASTERN | | |
| VAE | 2 | 99-1833 |
| VAE | 2 | 99-1834 |
| VAE | 2 | 99-1835 |
| VAE | 2 | 99-1837 |
| VAE | 2 | 99-1838 |
| VAE | 2 | 99-1840 |
| VAE | 2 | 99-1841 |
| VAE | 2 | 99-1842 |
| VAE | 2 | 99-1843 |
| VAE | 2 | 99-1844 |
| VAE | 2 | 99-1845 |
| VAE | 2 | 99-1846 |
| VAE | 2 | 99-1852 |
| VAE | 2 | 99-1853 |
| VAE | 2 | 99-1854 |
| VAE | 2 | 99-1855 |
| VAE | 2 | 99-1856 |
| VAE | 2 | 99-1857 |
| VAE | 2 | 99-1858 |
| VAE | 2 | 99-1859 |
| VAE | 2 | 99-1860 |
| VAE | 2 | 99-1861 |
| VAE | 2 | 99-1862 |
| VAE | 2 | 99-1863 |
| VAE | 2 | 99-1864 |
| VAE | 2 | 99-1865 |
| VAE | 2 | 99-1866 |
| VAE | 2 | 99-1867 |
| VAE | 2 | 99-1868 |
| VAE | 2 | 99-1869 |
| VAE | 2 | 99-1870 |
| VAE | 2 | 99-1871 |
| VAE | 2 | 99-1872 |
| VAE | 2 | 99-1874 |
| VAE | 2 | 99-1875 |
| VAE | 2 | 99-1876 |
| VAE | 2 | 99-1877 |
| VAE | 2 | 99-1886 |
| VAE | 2 | 99-1887 |
| VAE | 2 | 99-1888 |
| VAE | 2 | 99-1889 |
| VAE | 2 | 99-1890 |
| VAE | 2 | 99-1891 |
| VAE | 2 | 99-1892 |
| VAE | 2 | 99-1893 |
| VAE | 2 | 99-1894 |
| VAE | 2 | 99-1905 |
| VAE | 2 | 99-1906 |
| VAE | 2 | 99-1907 |
| VAE | 2 | 99-1908 |
| VAE | 2 | 99-1909 |
| VAE | 2 | 99-1910 |
| VAE | 2 | 99-1911 |
| VAE | 2 | 99-1912 |
| VAE | 2 | 99-1913 |
| VAE | 2 | 99-1915 |
| VAE | 2 | 99-1916 |
| VAE | 2 | 99-1917 |

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| VAE | 2 | 99-1918 |
| VAE | 2 | 99-1919 |
| VAE | 2 | 99-1920 |
| VAE | 2 | 99-1921 |
| VAE | 2 | 99-1922 |
| VAE | 2 | 99-1923 |
| VAE | 2 | 99-1924 |
| VAE | 2 | 99-1925 |
| VAE | 2 | 99-1927 |
| VAE | 2 | 99-1928 |
| VAE | 2 | 99-1929 |
| VAE | 2 | 99-1930 |
| VAE | 2 | 99-1931 |
| VAE | 2 | 99-1932 |
| VAE | 2 | 99-1933 |
| VAE | 2 | 99-1934 |
| VAE | 2 | 99-1935 |
| VAE | 2 | 99-1936 |
| VAE | 2 | 99-1937 |
| VAE | 2 | 99-1941 |
| VAE | 2 | 99-1942 |
| VAE | 2 | 99-1943 |
| VAE | 2 | 99-1944 |
| VAE | 2 | 99-1945 |
| VAE | 2 | 99-1946 |
| VAE | 2 | 99-1947 |
| VAE | 2 | 99-1948 |
| VAE | 2 | 99-1949 |
| VAE | 2 | 99-1950 |
| VAE | 2 | 99-1951 |
| VAE | 2 | 99-1952 |
| VAE | 2 | 99-1969 |
| VAE | 2 | 99-1970 |
| VAE | 2 | 99-1971 |
| VAE | 2 | 99-1972 |
| VAE | 2 | 99-1973 |
| VAE | 2 | 99-1977 |
| VAE | 2 | 99-1978 |
| VAE | 2 | 99-1979 |
| VAE | 2 | 99-1985 |
| VAE | 2 | 99-1986 |
| VAE | 2 | 99-1987 |
| VAE | 2 | 99-1988 |
| VAE | 2 | 99-1990 |