


## DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Mandy R. Kennels v. Allied Signal, Inc., et al.*, E.D. Virginia, C.A. No. 2:03-9000
*Kenny R. Hastings v. Allied Signal, Inc., et al.*, E.D. Virginia, C.A. No. 2:03-9001
*Earl Z. Fox v. Allied Signal, Inc., et al.*, E.D. Virginia, C.A. No. 2:03-9003
*Mike Hardy Treeman v. American Standard, Inc.*, E.D. Virginia, C.A. No. 2:03-9006

### ORDER VACATING CONDITIONAL TRANSFER ORDER

These four Eastern District of Virginia actions were included on a conditional transfer order ("CTO-226") filed by the Panel on July 21, 2003. In the absence of any opposition, CTO-226 was finalized with respect to the actions on August 6, 2003. The Panel has now been advised that the actions were mistakenly included on CTO-226 due to an automation error.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-226" filed on July 21, 2003, is VACATED insofar as it relates to these four Eastern District of Virginia actions.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel