IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : : : | MDL DOCKET NO. 875<br><br>Civil Action No.<br>2:01-md-875 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : | |

## **O R D E R**

**AND NOW**, this **30th** day of **April, 2009,** it is hereby **ORDERED** that certain Plaintiffs' motion to alter or amend Administrative Order nos. 3, 12, 13, 14, 15 and 16 (doc. no. 5539) is **DENIED without prejudice**.

It is further **ORDERED** that Administrative Order no. 18 shall be entered forthwith.

**AND IT IS SO ORDERED.**

                                                S/Eduardo C. Robreno
                                                **EDUARDO C. ROBRENO, J.**