# Exhibit "A"

| MDL | Name | Release date | Status | Complaint |
|---|---|---|---|---|
| 2:08cv79099 | Adams, Jr., Leo | 10/13/2006 | payment pending, release returned | Banks |
| 2:08cv79104 | Allen, Olen | 1/10/2007 | payment pending, release returned | Banks |
| 2:08cv79107 | Andrews, William P | 2/10/2006 | payment pending, release returned | Banks |
| 2:08cv70074 | Artis, Williams | | Qualifying - No release | Anderson |
| | Barreras, Donato | | Non-qualifying - no release | Anderson |
| | Basenberg, Fred | | Non-qualifying - no release | Anderson |
| | Battoe, Bob | | Qualifying - No release | Anderson |
| 2:08cv78033 | Benefield, Thomas | 9/27/2005 | payment pending, release returned | Alsworth |
| 2:08cv79130 | Boothe, William M. | 3/3/2006 | payment pending, release returned | Banks |
| 2:08cv78050 | Bouler, Harvey J. | 11/6/2006 | payment pending, release returned | Alsworth |
| 2:08cv79133 | Bourgeois, Richard | 2/9/2006 | payment pending, release returned | Banks |
| | Breedlove, Edward | | Non-qualifying - no release | Anderson |
| 2:08cv78057 | Bridges, James | 2/13/2006 | payment pending, release returned | Alsworth |
| 2:08cv79153 | Brumfield, Benny R. | 7/7/2006 | payment pending, release returned | Banks |
| 2:08cv78066 | Bryant, Richard - deceased | 5/17/2006 | payment pending, release returned | Alsworth |
| | Bustamante, Ralph | | Non-qualifying - no release | Anderson |
| 2:08cv78081 | Caddell, Robert | 2/13/2006 | payment pending, release returned | Alsworth |
| | Campbell, Timothy D. | 10/9/2006 | payment pending, release returned | Anderson |
| 2:08cv79166 | Cannon, Johnnie P. | 10/18/2006 | payment pending, release returned | Banks |
| | Caraway, William | | Release sent to counsel | Anderson |
| 2:08cv79170 | Carroll, Boadman C. | 10/9/2006 | payment pending, release returned | Banks |
| 2:08cv78097 | Chandler, James W. | 10/24/2006 | payment pending, release returned | Alsworth |
| 2:08cv78104 | Christian, Raymond | 12/26/2005 | payment pending, release returned | Alsworth |
| 2:08cv78110 | Clingingsmith, Jon | 2/13/2006 | payment pending, release returned | Alsworth |
| 2:08cv78130 | Crane, Edwin H. | 9/20/2006 | payment pending, release returned | Alsworth |
| 2:08cv83653 | Crim, Julius | 10/10/2002 | payment pending, release returned | Williams |
| | Crowell, Julius | | Qualifying - No release | Chambers |
| 2:08cv78153 | Daugherty, Lawrence | 3/6/2006 | payment pending, release returned | Anderson |
| 2:08cv70285 | Douglas, Jr., Robert | | Release requested | Alsworth |
| 2:08cv70285 | Dunn, Alonzo E. Jr.* | | | Anderson |
| 2:08cv70285 | DUNN, DEC, ALONZO | | | Anderson |
| 2:08cv79215 | Earnhardt, Morris J. | 10/11/2005 | payment pending, release returned | Banks |
| | Emrick, Harry | | Release sent to counsel | Anderson |
| | English, Randall | | Release sent to counsel | Anderson |
| 2:08cv78174 | Eubanks, Richard - deceased | 2/13/2006 | payment pending, release returned | Anderson |
| 5:08cv87044 | Faith, Ronald | | Release sent to counsel | Chambers |
| 5:08cv87044 | FITZGERALD, DEC, TINA - C. Fitzgerald, Tina* | | Release Requested | Chambers |

| Case Number | Name | Date | Status | Last Name |
|---|---|---|---|---|
| 2:08cv79239 | Foeckler, Roland | 7/6/2004 | payment pending, release returned | Anderson |
| 2:08cv79240 | Foster, Ben A. | 10/11/2006 | payment pending, release returned | Banks |
| 2:08cv79241 | Foster, Jackie W. | 4/28/2006 | payment pending, release returned | Banks |
| 2:08cv70314 | FOXWORTH, MARCUS | | | Anderson |
| 2:08cv79242 | Fredrickson, Donald L. | 10/13/2006 | payment pending, release returned | Banks |
| 2:08cv79243 | Free, Manley D. | 4/27/2006 | payment pending, release returned | Banks |
| 2:08cv79244 | Freeman, Eddie | | Non-qualifying - no release | Anderson |
| 2:08cv78197 | Freeman, Fairn E. | 5/1/2006 | payment pending, release returned | Banks |
| 2:08cv79245 | Fretwell, Charles | 1/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv70331 | Furby, Charles E. | 10/24/2006 | payment pending, release returned | Banks |
| 2:08cv79247 | Gantt, Michael | | Qualifying - No release | Anderson |
| 2:08cv79246 | Garnder, John | 12/3/2006 | payment pending, release returned | Banks |
| 2:08cv79250 | Gavin, Charles | 12/11/2006 | payment pending, release returned | Banks |
| 2:08cv79251 | Gavin, Jr., Lawrence | 10/11/2006 | payment pending, release returned | Banks |
| 2:08cv85303 | Gehringer, Fredrich | 12/28/2006 | payment pending, release returned | Briggs |
| | Gerke, Roger | | Non-qualifying - no release | Anderson |
| 2:08cv79252 | Gill, Millry | 12/19/2006 | payment pending, release returned | Banks |
| 2:08cv70358 | GOINGS, HIZZIE | | | Anderson |
| 2:08cv78226 | Goss, William | 2/13/2006 | payment pending, release returned | Alsworth |
| 2:08cv79258 | Graceffa, Vincent | 10/17/2006 | payment pending, release returned | Banks |
| 2:08cv79259 | Graves, Jr., James C. | 10/9/2006 | payment pending, release returned | Banks |
| 2:08cv79263 | Greene, Emory Paul | 12/8/2006 | payment pending, release returned | Banks |
| 2:08cv79266 | Gullotte, Sr., Henry S. | 10/11/2006 | payment pending, release returned | Banks |
| 2:08cv79267 | Guthrie, Boyd J. | 10/13/2006 | payment pending, release returned | Banks |
| 2:08cv79269 | Hadley, Bobby | 10/12/2006 | payment pending, release returned | Banks |
| 2:08cv78246 | Hall, Charles E. | 4/26/2006 | payment pending, release returned | Alsworth |
| 2:08cv79271 | Hallford, Jr., Hollis P. | 11/27/2006 | payment pending, release returned | Banks |
| | Harris, James | | Non-qualifying - no release | Anderson |
| | Harris, William | | Non-qualifying - no release | Anderson |
| | Haynes, Charles | 11/8/2006 | payment pending, release returned | Williams |
| 2:08cv70418 | Hodge, Nancy | | Non-qualifying - no release | Anderson |
| | Holland, Frank | | Non-qualifying - no release | Williams |
| | Hollifield, Guy | | Non-qualifying - no release | Anderson |
| 2:08cv78287 | Holman, Clinton | 4/24/2006 | payment pending, release returned | Alsworth |
| 2:08cv79301 | Holt, Margie Sue | 8/14/2006 | payment pending, release returned | Banks |
| | Hopper, Aubreyt | | Non-qualifying - no release | Anderson |
| 2:08cv78296 | Howard, Elvis | 8/8/2006 | payment pending, release returned | Alsworth |
| 2:08cv83759 | HUFF, ALLEN | | | Williams |
| 2:08cv83759 | Huff, Allen | | Release Requested | Williams |

| Case Number | Name | Date | Notes | Last |
|---|---|---|---|---|
| 2:08cv79315 | Humes, Jr., Willie | 1/9/2007 | payment pending, release returned | Humes |
| 2:08cv78309 | Hunt, Richard | 9/27/2005 | payment pending, release returned | Banks |
| 2:08cv70436 | Ingram, Jesse | 3/9/2006 | payment pending, release returned | Alsworth |
| 2:08cv78327 | JACKSON, CLARENCE | | payment pending, release returned | Anderson |
| 2:08cv83775 | Johnson, Clarence | 11/20/2006 | Release Requested | Alsworth |
| | Johnson, Larry J.* | | Release Null, now deceased w/no estate | Williams |
| 2:08cv70455 | Jueth, Leibert | | Non-qualifying - no release | Anderson |
| 2:08cv70461 | Kelly, Robert | | Release sent to client | Anderson |
| 2:08cv70461 | KINDRICK, JOHN | | | Anderson |
| 2:08cv79352 | Kindrick, John L. | 12/7/2005 | payment pending, release returned | Banks |
| | Kirkman, Leslie | | Non-qualifying - no release | Anderson |
| | Lamb, Marlene | 11/8/2006 | payment pending, release returned | Anderson |
| | Larson, Donald E. | 7/6/2004 | payment pending, release returned | Anderson |
| | Larson, LaVern | | Non-qualifying - no release | Anderson |
| 2:08cv70505 | Lasseter, Leonard | 10/4/2006 | payment pending, release returned | Anderson |
| 2:08cv78381 | Letarte, Alfred P | 8/15/2005 | payment pending, release returned | Anderson |
| 2:08cv79366 | Littlepage, Robert | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv83815 | Loftin, Eldridge | 11/6/2006 | payment pending, release returned | Banks |
| 2:08cv79367 | Long, Lloyd | | Non-qualifying - no release | Williams |
| | Long, Lonnie E. | 10/11/2005 | payment pending, release returned | Banks |
| | Loptien, Charles | | Non-qualifying - no release | Anderson |
| 2:08cv70518 | Lovett, James | | Release sent to counsel | Anderson |
| | Lozier, Leo J. | 2/24/2004 | payment pending, release returned | Anderson |
| 2:08cv79383 | Matocha, Benno | | Qualifying - No release | Anderson |
| 2:08cv78408 | Mayfield, Scott | 11/13/2006 | payment pending, release returned | Banks |
| 2:08cv70540 | McCollum, Phillip - deceased | 5/17/2006 | payment pending, release returned | Alsworth |
| 2:08cv70545 | McCraw, Charles | | Non-qualifying - no release | Anderson |
| 2:08cv83829 | McLeod, Norman | | Non-qualifying - no release | Anderson |
| | McMillian, James | | Non-qualifying - no release | Williams |
| 2:08cv70543 | McNabb, Ronald | | Non-qualifying - no release | Anderson |
| 2:08cv70543 | MCREE, DOROTHY | | need corrected rls - name wrong - 12/11/02 e-mail from Elizabeth O'Shea acknowledging misspelling and release would be regenerated | Anderson |
| | McRee, Dorothy | | rcvd rls 11-29-05, name is still incorrect | Anderson |
| | Melser, Harry | | Non-qualifying - no release | Anderson |
| | Meyer, William | | Release sent to counsel | Anderson |

| Case # | Name | Date | Status | Attorney |
|---|---|---|---|---|
| 2:08cv83838 | Mills, Hubert | | Non-qualifying - no release | Anderson |
| | Mills, Quinton | | Non-qualifying - no release | Williams |
| 2:08cv70556 | Minor, Sr., George | | Release sent to client | Anderson |
| 2:08cv70557 | Mixon, Sammy | | Release sent to client | Anderson |
| 2:08cv70557 | MONK, JEFF | | | Anderson |
| | Monk, Jeff | | | Anderson |
| 2:08cv83845 | Moore, Branson | 12/3/2006 | Release requested | Anderson |
| | Morris, James | | payment pending, release returned | Williams |
| | Negley, Ehlman | | Non-qualifying - no release | Anderson |
| 2:08cv70577 | Newton, Ronnie | | Release sent to counsel | Anderson |
| 2:08cv70582 | NOBLE, DEC, PHENOX | | Non-qualifying - no release | Anderson |
| 2:08cv70582 | Noble, Phenox* | 10/19/2005 | Release requested | Anderson |
| 2:08cv78462 | O'Mary, James | 10/24/2006 | payment pending, release returned | Alsworth |
| 2:08cv78468 | Parr, Olen - deceased | 2/13/2006 | payment pending, release returned | Alsworth |
| 2:08cv78481 | Pierce, William | 2/13/2006 | payment pending, release returned | Alsworth |
| 2:08cv78484 | Pockrus, Aubrey | 2/13/2006 | payment pending, release returned | Alsworth |
| 2:08cv78485 | Ponds, Travis | 12/28/2006 | payment pending, release returned | Williams |
| | Porter, Howard C. | | Non-qualifying - no release | Anderson |
| | Powers, James | | Release sent to counsel | Anderson |
| | Prather, Sr., Bobby | 11/3/2006 | payment pending, release returned | Anderson |
| 2:08cv85335 | Price, Lawrence | | Qualifying - No release | Briggs |
| 2:08cv70650 | Ramsey, Harvey | | | Anderson |
| 2:08cv83886 | RANKIN, BARNEY | | Release Requested | Williams |
| | Rankin, Barney | | | Anderson |
| | ROBERTS, DEC, PERRY | | | Anderson |
| no cause # | Roberts, Perry* | 2/13/2006 | Release requested | Alsworth |
| 2:08cv78529 | Roberts, Timothy | 9/27/2005 | payment pending, release returned | Alsworth |
| 2:08cv78530 | Robertson, Tommy | 9/27/2005 | payment pending, release returned | Alsworth |
| 2:08cv70673 | ROBINSON, LEE G | | | Anderson |
| 2:08cv70673 | Robinson, Lee Guster Jr. | 9/27/2005 | Release requested | Alsworth |
| 2:08cv78533 | Rogers, Vivon | | payment pending, release returned | Alsworth |
| 2:08cv70680 | ROLAND, DEC, DONALD | | No Status - Should have been on Motion to Enforce | Anderson |
| 2:08cv70680 | Roland, Donald* | 9/27/2005 | payment pending, release returned | Alsworth |
| 2:08cv78535 | Ross, Billy | | Release Requested | Anderson |
| 2:08cv70682 | Ross, Wylie C.* | | rcvd rls 11-29-05; incorrect, now deceased | |
| | Russell, Roy | | Non-qualifying - no release | Anderson |

| Case # | Name | Date | Status | Last Name |
|---|---|---|---|---|
| 2:08cv78542 | Ruth, Blaine | 12/26/2005 | Non-qualifying - no release | Anderson |
| 2:08cv78546 | Sanders, John | 3/30/2006 | payment pending, release returned | Alsworth |
| | Sanford, Donald | | payment pending, release returned | Alsworth |
| | Schindl, Karl | | Non-qualifying - no release | Anderson |
| 2:08cv78551 | Seay, Gary | 1/3/2006 | payment pending, release returned | Alsworth |
| | Sellew, Ronald | | Non-qualifying - no release | Anderson |
| | Shepherd, Durzel | | Release sent to counsel | Anderson |
| 2:08cv70749 | Shiver, Jr., Jacob T. | 9/29/2004 | payment pending, release returned | Alsworth |
| 2:08cv78561 | Simmons, B.J. | 9/27/2005 | payment pending, release returned | Alsworth |
| 2:08cv78566 | Sims, Enoch | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78568 | Skelton, James | 1/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv78569 | Smith, Billy | 12/26/2005 | payment pending, release returned | Alsworth |
| | Smith, Curtis | | Non-qualifying - no release | Anderson |
| 2:08cv79486 | Smith, Doyle H. | 11/20/2006 | payment pending, release returned | Banks |
| 2:08cv78570 | Smith, Eric | 1/26/2006 | payment pending, release returned | Alsworth |
| 2:08cv78571 | Smith, George | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78578 | Smith, Harvie | 12/26/2005 | payment pending, release returned | Alsworth |
| 2:08cv79489 | Smith, Joseph | 11/22/2006 | payment pending, release returned | Banks |
| 2:08cv78574 | Smith, Lawton | 1/26/2006 | payment pending, release returned | Alsworth |
| 2:08cv78579 | Smith, Matthew | 1/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv78575 | Smith, Reuben | 3/9/2006 | payment pending, release returned | Alsworth |
| 2:08cv78577 | Smith, Wesley | 12/16/2005 | payment pending, release returned | Alsworth |
| no cause # | SMITH, WILLIAM | | | Williams |
| | Smith, William H. | 6/9/2004 | payment pending, release returned | Alsworth |
| 2:08cv78580 | Smitherman, Davis | 1/26/2006 | payment pending, release returned | Alsworth |
| 2:08cv79494 | Smitherman, Oscar | 11/8/2006 | payment pending, release returned | Banks |
| | Sogge, Eugene | | Non-qualifying - no release | Anderson |
| 2:08cv79495 | Soloman, Donnie | 11/17/2006 | payment pending, release returned | Banks |
| | Southern, John E. | 10/24/2006 | payment pending, release returned | Anderson |
| 2:08cv78583 | Sparkman, Bobby | 12/16/2005 | payment pending, release returned | Alsworth |
| | Spaulding, David | | Non-qualifying - no release | Anderson |
| | Spence, Joseph | | Release sent to counsel | Anderson |
| 2:08cv78584 | Spencer, Earnest | 1/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv78585 | Spivey, Lamar | 3/30/2006 | payment pending, release returned | Alsworth |
| 2:08cv78587 | Sprouse, Albert | 12/16/2005 | payment pending, release returned | Alsworth |
| | St. John, Leonard | | Release sent to client | Anderson |
| 2:08cv78590 | Steve, Willie | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78593 | Stewart, Donnie | 1/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv78591 | Stewart, James | 1/3/2006 | payment pending, release returned | Alsworth |

| Case # | Name | Date | Status | Firm |
|---|---|---|---|---|
| 2:08cv78594 | Stilwell, James | 1/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv79502 | Strait, Wendell | 11/8/2006 | payment pending, release returned | Banks |
| | Stremke, Robert | | Non-qualifying - no release | Anderson |
| 2:08cv78596 | Strickland, Darsey | 12/26/2005 | payment pending, release returned | Alsworth |
| no cause # | STRICKLAND, JAMES | | | Anderson |
| 2:08cv78597 | Strickland, James Henry | | Release Requested | Chambers |
| 2:08cv78602 | Strong, Hubert | 2/13/2006 | payment pending, release returned | Alsworth |
| 2:08cv78601 | Sutherland, Rayburn | 1/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv78600 | Summerhill, Clayton | 12/26/2005 | payment pending, release returned | Alsworth |
| 2:08cv78599 | Sullivan, Lloyd | 12/26/2005 | payment pending, release returned | Alsworth |
| 2:08cv78598 | Sullivan, Jerry | 1/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv78604 | Sutton, James | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv70801 | Swindall, Wilbur | 1/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv78606 | Sylvester, Thomas | | Release sent to counsel | Anderson |
| 2:08cv78607 | Talley, Terry | 1/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv78608 | Talmud, Herbert A. | 8/27/2004 | payment pending, release returned | Alsworth |
| 2:08cv78609 | Taylor, Acie | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv79511 | Taylor, Betty | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv79512 | Taylor, Samuel | 11/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv78610 | Templeton, Gayle | 11/6/2006 | payment pending, release returned | Banks |
| 2:08cv78611 | Terry, Raymond | 2/13/2006 | payment pending, release returned | Alsworth |
| 2:08cv78612 | Teston, Howard - deceased | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78616 | Thomas, Billy | 12/26/2005 | payment pending, release returned | Alsworth |
| 2:08cv78619 | Thomas, Thomas | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv79516 | Thornley, Raymond | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78617 | Thompson, Harold | 11/6/2006 | payment pending, release returned | Banks |
| | Thompson, Howard | 1/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv78621 | Thompson, James | | Release sent to counsel | Anderson |
| 2:08cv78622 | Thompson, Wallace | 3/30/2006 | payment pending, release returned | Alsworth |
| 2:08cv78623 | Tidmore, Archie - deceased | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78624 | Tidmore, Jerre | 1/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv79519 | Tinsley, Windell | 12/26/2005 | payment pending, release returned | Alsworth |
| 2:08cv78626 | Tombrello, Anthony | 11/6/2006 | payment pending, release returned | Banks |
| 2:08cv78630 | Tomlin, Robert | 1/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv78634 | Trippe, Arthur | 6/20/2006 | payment pending, release returned | Alsworth |
| 2:08cv78635 | Tuck, Richard - deceased | 4/24/2006 | payment pending, release returned | Alsworth |
| | Upshaw, Eugene - deceased | | | |
| | Vandiver, Edward | 12/16/2005 | payment pending, release returned | Alsworth |

| Case | Name | Date | Status | Client |
|---|---|---|---|---|
| 2:08cv78637 | Vaughn, Gary | 12/16/2005 | payment pending, release returned | Anderson |
| 2:08cv78638 | Veal, Henry | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78639 | Vinyard, Johnny | 1/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv78640 | Volpe, James | | Non-qualifying - no release | Anderson |
| 2:08cv78641 | Waddell, Benny | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78644 | Wade, Eldred | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78645 | Walker, James | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78646 | Walker, Jerry | 12/26/2005 | payment pending, release returned | Alsworth |
| 2:08cv78652 | Walker, Johnny | 12/26/2005 | payment pending, release returned | Alsworth |
| 2:08cv78651 | Wallace, Alvin | 1/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv78653 | Wallace, Fred | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78654 | Wallace, Kenneth | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78659 | Waller, Willie | 2/13/2006 | payment pending, release returned | Alsworth |
| 2:08cv78662 | Warren, Charles | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78663 | Watson, Bobby | 1/3/2005 | payment pending, release returned | Alsworth |
| 2:08cv78664 | Weatherby, Paul | 2/13/2006 | payment pending, release returned | Alsworth |
| | Weaver, Lee | 1/26/2005 | payment pending, release returned | Anderson |
| 2:08cv78666 | Wells, Terry | 12/26/2005 | Release sent to client | Alsworth |
| 2:08cv78669 | West, David - deceased | 2/2/2006 | payment pending, release returned | Alsworth |
| 2:08cv78670 | Wheatley, Arthur | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv79547 | Whisonant, Randy | 11/10/2006 | payment pending, release returned | Banks |
| 2:08cv70827 | Wiginton, Comer | | Release sent to client | Anderson |
| 2:08cv78674 | Wilborn, William | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78675 | Wilkins, James | 1/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv79552 | Wilkinson, Billy | 11/6/2006 | payment pending, release returned | Banks |
| 2:08cv78676 | Willette, Usrey - deceased | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78686 | Williams, Bray | 12/28/2005 | payment pending, release returned | Alsworth |
| 2:08cv78677 | Williams, Donald | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78680 | Williams, Freddie | 1/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv79554 | Williams, Isaac | 11/10/2006 | payment pending, release returned | Banks |
| 2:08cv79555 | Williams, James | 11/3/2006 | payment pending, release returned | Banks |
| 2:08cv78682 | Williams, Linda M. | 11/6/2006 | payment pending, release returned | Banks |
| 2:08cv78683 | Williams, Roderick | 12/26/2005 | payment pending, release returned | Alsworth |
| 2:08cv78684 | Williams, Tommie | 1/3/2006 | payment pending, release returned | Alsworth |
| 2:08cv79558 | Williams, Wade | 11/6/2006 | payment pending, release returned | Banks |
| | Williamson, Connie | | Non-qualifying - no release | Anderson |
| 2:08cv78688 | Willis, Donald | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78689 | Willis, Joseph | 1/3/2006 | payment pending, release returned | Alsworth |

| Case No. | Name | Date | Status | Firm |
|---|---|---|---|---|
| 2:08cv78690 | Willoughby, Ellie | 12/16/2005 | payment pending, release returned | Alsworth |
| | Wilson, Ashley | | Release Requested | Williams |
| 2:08cv78693 | Wilson, Lee | 12/26/2005 | payment pending, release returned | Alsworth |
| 2:08cv79560 | Wilson, Robert | 11/6/2006 | payment pending, release returned | Banks |
| 2:08cv79563 | Wilson, Vernon | 11/13/2006 | payment pending, release returned | Banks |
| | Wilson, Walter | | Non-qualifying - no release | Anderson |
| 2:08cv78694 | Windham, Francis | 12/26/2005 | payment pending, release returned | Alsworth |
| 2:08cv78695 | Wingate, Charles - deceased | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78696 | Winters, James | 12/26/2005 | payment pending, release returned | Alsworth |
| 2:08cv78697 | Wise, Paul | 12/16/2005 | payment pending, release returned | Alsworth |
| | Wise, William | | Non-qualifying - no release | Anderson |
| 2:08cv78699 | Womack, Gerald | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78703 | Woods, Charles | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78702 | Woods, James | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv78704 | Woodyard, Neil | 2/2/2006 | payment pending, release returned | Alsworth |
| 2:08cv78705 | Worley, Donald | 12/16/2005 | payment pending, release returned | Alsworth |
| 2:08cv83990 | Wright, Jessie | 2/24/2004 | payment pending, release returned | Williams |
| | Wucher, William | | Non-qualifying - no release | Anderson |
| | Wyatt, Robert | | Release sent to counsel | Anderson |
| 2:08cv79568 | Yancy, Phillip | 11/6/2006 | payment pending, release returned | Banks |
| 2:08cv78707 | Yates, Richard | 12/16/2005 | payment pending, release returned | Alsworth |
| | Zills, Donald | | | |