Exhibit "K"



"Jill Bailey"
<steve@stephenshackelford.
com>

11/18/2005 01:39 PM

To    "'Marc Strigel'" <MStrigel@NavigantConsulting.com>

cc

bcc

Subject    RE: Hilary Anderson Settlement group

Marc, I distributed your list to our co-counsel so they can work on clearing their deficiencies. Our firm had a handful of clients listed and we are working on clearing those up, too.

I believe you have our lists of clients on whose behalf we need releases. If you need anything from me in order to prepare releases for non-deficient claims, please let me know. Otherwise, I will look forward to receiving our releases. Thanks and have a good weekend. - Jill

    -----Original Message-----
**From:** Marc Strigel [mailto:MStrigel@NavigantConsulting.com]
**Sent:** Tuesday, November 15, 2005 3:20 PM
**To:** Jill Bailey
**Subject:** Hilary Anderson Settlement group


Jill,
Attached are the deficiency reports for this settlement. Please note that many of these claims may not be represented by your firm. Unfortunately this is a canned report and includes all deficient claims whether they are your firms' or Varas or whomever.
*(See attached file: 303784 def HA.pdf) (See attached file: 303840 def HA.pdf) (See attached file: 303841 def HA.pdf) (See attached file: 303842 def HA.pdf)*

---

Marc Strigel
Settlements Manager
Navigant Consulting
1009 Lenox Drive
Building 4
Suite 101
Lawrenceville, NJ 08648

---

This communication is from Navigant Consulting Inc. E-mail text or attachments may contain information which is confidential and may also be privileged. This communication is for the exclusive use of the intended recipient(s). If you have received this communication in error, please return it with the title "received in error" to NCISecurity@navigantconsulting.com, and then delete the email and destroy any copies of it. In addition, this communication is subject to, and incorporates by reference, additional disclaimers found in Navigant Consulting's "Email Disclaimer" section at www.NavigantConsulting.com.

STRIGEL 100

# PACE
## Qualification Report

**NATIONAL SERVICE INDUSTRIES (NORTH**
**HILRY ANDERSON FUTURES : 303841**
**Resolution Counsel: VARAS & MORGAN, PLLC**

Resolution Date:    01-Nov-01
Resolution Total:    $4,019,633.75

| Injured Party Category | Reference ID | Social Security Review Date | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|
| ARKANS, HARRY | NBR:0105DSE | | | | | |
| Vital Records | | | | | | |
| Executed Release | | | Notary's commission has expired | | | |
| ALEXANDER, ESSIE | NBR:0105DSE | | | | | |
| Exposure | | | | | | |
| Jobsite | | | Not a client qualifying jobsite | | | |
| Occupation | | | Exposure out of date range (1940-1975) | | | |
| Vital Records | | | | | | |
| Death Certificate | | | Has not been provided | | | |
| Estate Papers | | | Has not been provided | | | |
| AINSWORTH, RAY | NBR:0105DSE | | | | | |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| Vital Records | | | | | | |
| Death Certificate | | | Has not been provided | | | |
| Estate Papers | | | Has not been provided | | | |
| ARNDT, ROBERT | NBR:0105DSE | | | | | |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| BANKS, ALICE | NBR:0105DSE | | | | | |
| Claim | | | | | | |
| Settlement Amount | | | Has not been provided | | | |
| BANKS, CHESTER | NBR:0105DSE | | | | | |

STRIGEL 101

# PACE
## Qualification Report

NATIONAL SERVICE INDUSTRIES (NORTH
HILRY ANDERSON FUTURES : 303841
Resolution Counsel: VARAS & MORGAN, PLLC

| Resolution Date: | 01-Nov-01 |
|---|---|
| Resolution Total: | $4,019,633.75 |

| Injured Party | Category | Reference ID | Social Security | Sett Disease | Next | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|---|
| | | Review Date | | Comment | Trial | | |
| BANKS CHESTER | (continued) | | | | | | |
| | Claim | | | | | | |
| | Settlement Amount | | Has not been provided | | | | |
| BEAVER HERMAN | | NBR101507A | 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 | | MS  N0935 | | VARAS & MORGAN |
| | Exposure | | | | | | |
| | Occupation | | Exposure out of client approved date range | | | | |
| BELL CLEVELAND | | NBR101515B | 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 | | MS  N0935 | | VARAS & MORGAN |
| | Exposure | | | | | | |
| | Jobsite | | Not a client qualifying jobsite | | | | |
| BLACKWELL | | NBR101696B | 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 | | MS  40118 W1 | | VARAS & MORGAN |
| | Claim | | | | | | |
| | Date of Birth | | Has not been provided | | | | |
| | Vital Records | | | | | | |
| | Death Certificate | | Has not been provided | | | | |
| | Estate Papers | | Has not been provided | | | | |
| BLOUNT MARDIS | | NBR101842B | 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 | | MS  N0935 | | VARAS & MORGAN |
| | Exposure | | | | | | |
| | Occupation | | Exposure out of client approved date range | | | | |
| BORELL RAYMOND | | NBR101689B | 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 | | MS  N0938 | | VARAS & MORGAN |
| | Exposure | | | | | | |
| | Jobsite | | Not a client qualifying jobsite | | | | |
| BOULER HARVEY | | NBR101549G | 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 | | MS  20635 | | VARAS & MORGAN |

STRIGEL 102

# PACE
## Qualification Report

**NATIONAL SERVICE INDUSTRIES (NORTH**
**HILRY ANDERSON FUTURES : : 303841**
**Resolution Counsel: VARAS & MORGAN, PLLC**

Resolution Date: 01-Nov-01
Resolution Total: $4,019,633.75

| Injured Party / Category | Reference ID | Social Security | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|
| Review Date | | | | | | |
| BOUDER HARVEL ████████ | ████████ | ████████ | | | ████████ | ████████ |
| Vital Records | | | | | | |
| Estate Papers | | | Has not been provided | | | |
| BOURGEOIS RICHARD | NBR01C8990 | 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 | | | MR 402040 | VARAS & MORGAN |
| Claim | | | | | | |
| Settlement Amount | | | Has not been provided | | | |
| BRACK GEORGE ████████ | NBR01C8E0A | 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 | | | MR 402938 | VARAS & MORGAN |
| Exposure | | | | | | |
| Jobsite | | | Not a client qualifying jobsite | | | |
| BROWN DALTON ████████ | NBR0185FCE | 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 | | | MR 402940 | VARAS & MORGAN |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| Occupation | | | Exposure out of date range (1940-1975) | | | |
| BROWN ROBERT ████████ | NBR01CA25 | 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 | | | MR 402940 | VARAS & MORGAN |
| Claim | | | | | | |
| Settlement Amount | | | Has not been provided | | | |
| Vital Records | | | | | | |
| Death Certificate | | | Has not been provided | | | |
| Estate Papers | | | Has not been provided | | | |
| BYEST KING ████████ | NBR01CA8B | 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 | | | MS 402040 | VARAS & MORGAN |
| Exposure | | | | | | |
| Occupation | | | Exposure out of date range (1940-1975) | | | |
| BYRD KENNETH ████████ | NBR01CF9D3 | 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 | | | MS 2014000 | VARAS & MORGAN |

STRIGEL 103

# PACE

Qualification Report

**NATIONAL SERVICE INDUSTRIES (NORTH**
**HILRY ANDERSON FUTURES : 303841**
**Resolution Counsel: VARAS & MORGAN, PLLC**

Resolution Date:    01-Nov-01
Resolution Total:    $4,019,633.75

| Injured Party / Category | Reference ID | Social Security | Review Date | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|---|
| BYRD, KENNETH (continued) | | | | | | | |
| Exposure | NBR0108041 | | | Exposure out of client approved date range | | MS - 00236 | VARAS & MORGAN |
| CADDELL, ROBERT | NBR0108069 | 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 | | Exposure out of client approved date range | | MS - 00236 | VARAS & MORGAN |
| Occupation | | | | | | | |
| CAMPBELL, BERNICE | NBR0108044 | 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 | | Exposure dates have not been provided | | MS - 00236 | VARAS & MORGAN |
| Occupation | | | | | | | |
| Vital Records | | | | | | | |
| Death Certificate | | | | Has not been provided | | | |
| Estate Papers | | | | Has not been provided | | | |
| CARTER, EDDIE | NBR0108043 | | | Exposure out of date range | | MS - 00236 | VARAS & MORGAN |
| Exposure | | | | | | | |
| CARTER, AARON | NBR0108047 | | | Exposure out of client approved date range | | MS - 00236 | VARAS & MORGAN |
| Occupation | | | | | | | |
| CARTER, GREGORY | NBR0108065 | | | Exposure out of date range (1940-1975) | | MS - 00236 | VARAS & MORGAN |
| Occupation | | | | | | | |
| CHANDLER, JAMES | NBR0108708 | 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 | | Exposure out of client approved date range | | MS - 00236 | VARAS & MORGAN |
| Occupation | | | | | | | |
| Vital Records | | | | | | | |
| Death Certificate | | | | Has not been provided | | | |
| Estate Papers | | | | Has not been provided | | | |

STRIGEL 104

# PACE
## Qualification Report

**NATIONAL SERVICE INDUSTRIES (NORTH**
**HILRY ANDERSON FUTURES : 303841**
**Resolution Counsel: VARAS & MORGAN, PLLC**

Resolution Date:       01-Nov-01
Resolution Total:      $4,019,633.75

| Injured Party / Category | Reference ID | Social Security Review Date | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|
| CHRISTIAN RAYMOND | NBR01C5PX1 | | | | | |
| Claim | | | Confirmation of SSN required | | | |
| Social Security Number | | | Has not been provided | | | |
| Social Security Number | | | Multiple SSNs received - confirmation required | | | |
| MARK TERRY | | | | | | |
| Exposure | | | | | | |
| Jobsite | | | Not a client qualifying jobsite | | | |
| CLINE/SMITH JON | | | | | | |
| Exposure | | | | | | |
| Jobsite | | | City and state have not been provided | | | |
| COLLINS ROOSEVELT | | | | | | |
| Claim | | | | | | |
| Date of Birth | | | Has not been provided | | | |
| Exposure | | | FIRST EXPOSURE DATE MUST BE PRIOR TO 01/01/1973; | | | |
| Occupation | | | Has not been provided | | | |
| CORTEX LARRY | | | | | | |
| Exposure | | | | | | |
| Jobsite | | | Not a client qualifying jobsite | | | |
| DEAN LAWRENCE | | | | | | |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| DEMPSEY GEORGE | | | | | | |

STRIGEL 105

**NATIONAL SERVICE INDUSTRIES (NORTH**
**HILRY ANDERSSON FUTURES : 303841**
**Resolution Counsel: VARAS & MORGAN, PLLC**

# PACE
## Qualification Report

| | Resolution Date: | 01-Nov-01 |
|---|---|---|
| | Resolution Total: | $4,019,633.75 |

| Injured Party Category | Reference ID | Social Security Review Date | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|
| DEMPSEY GEORGE | | | | | | |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| DOBBINS NEAL | | | | | | |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| DOSS EDDIE | | | | | | |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| DOTTERY MATTHEW | | | | | | |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| EANDORS CATHERINE | | | | | | |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| EDISON JOHNNIE | | | | | | |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| ELDRENR JAMES | | | | | | |
| Exposure | | | | | | |
| Jobsite | | | Not a client qualifying jobsite | | | |
| ESTES JOE | | | | | | |
| Exposure | | | | | | |
| Occupation | | | Not a client qualifying jobsite | | | |
| Occupation | | | Exposure out of client approved date range | | | |

STRIGEL 106

# PACE
## Qualification Report

**NATIONAL SERVICE INDUSTRIES (NORTH**
**HILRY ANDERSON FUTURES : 303841**
**Resolution Counsel: VARAS & MORGAN, PLLC**

Resolution Date: 01-Nov-01
Resolution Total: $4,019,633.75

| Injured Party / Category | Reference ID | Social Security | Review Date | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|---|
| ESTHER JOHN | | | | | | | |
|   Exposure | | | | | | | |
|     Jobsite | | | | Not a client qualifying jobsite | | | |
| EUBANKS RICHARD | | | | | | | |
|   Vital Records | | | | | | | |
|     Estate Papers | | | | Has not been provided | | | |
| FERGUSON JAMES | | | | | | | |
|   Exposure | | | | | | | |
|     Jobsite | | | | No exposure at approved jobsite | | | |
|     Jobsite | | | | Not a client qualifying jobsite | | | |
| FINLEY DONALD | | | | | | | |
|   Exposure | | | | | | | |
|     Jobsite | | | | No exposure at approved jobsite | | | |
| FORD BERNIE | | | | | | | |
|   Exposure | | | | | | | |
|     Occupation | | | | Exposure out of client approved date range | | | |
| FORD SHERRY | | | | | | | |
|   Exposure | | | | | | | |
|     Occupation | | | | Exposure out of client approved date range | | | |
| FOUNTAIN SAMUEL | | | | | | | |
|   Medical | | | | | | | |
|     ILO Chart/B-Reader Report | | | | ILO chart has not been provided | | | |
|     ILO Chart/B-Reader Report | | | | Report is illegible | | | |

STRIGEL 107

# PACE

## Qualification Report

**NATIONAL SERVICE INDUSTRIES (NORTH**
**HILRY ANDERSON FUTURES : 303841**
**Resolution Counsel: VARAS & MORGAN, PLLC**

Resolution Date:        01-Nov-01
Resolution Total:       $4,019,633.75

| Injured Party | Category | Reference ID | Social Security / Review Date | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|---|
| FOUNTAIN SAMUEL | Medical | | | | | | |
| | Physician Report | | | Report is illegible | | | |
| FULTON JAMES | Exposure | | | | | | |
| | Occupation | | | Exposure out of client approved date range | | | |
| GARTNER ELBERT | Medical | | | | | | |
| | Pathology Report | | | Has not been provided | | | |
| COSS WILLIAM | Exposure | | | | | | |
| | Jobsite | | | No exposure at approved jobsite | | | |
| | Jobsite | | | Not a client qualifying jobsite | | | |
| GREEN MATHEW | Exposure | | | | | | |
| | Occupation | | | Exposure out of client approved date range | | | |
| GREEN WILLIE | Claim | | | | | | |
| | Date of Birth | | | Has not been provided | | | |
| | Medical | | | | | | |
| | Diagnosis Date | | | Has not been provided | | | |
| | Pathology Report | | | Has not been provided | | | |
| | Vital Records | | | | | | |
| | Death Certificate | | | Has not been provided | | | |

STRIGEL 108

# PACE
## Qualification Report

**NATIONAL SERVICE INDUSTRIES (NORTH**
HILRY ANDERSON FUTURES : 303841
Resolution Counsel: VARAS & MORGAN, PLLC

Resolution Date:        01-Nov-01
Resolution Total:        $4,019,633.75

| Injured Party / Category | Reference ID / Review Date | Social Security | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|
| GREEK, WILLIE | ▓▓▓▓ | | | | | |
|   Vital Records | Estate Papers | | Has not been provided | | | |
| GRIFFITH, LARRY | NBR▓▓▓▓ | ▓▓▓▓ | | MS 200▓▓ | VARAS & MORGAN | |
|   Exposure | Occupation | | Exposure out of client approved date range | | | |
| CRONOSKI, WALTER | NBR▓▓▓▓ | ▓▓▓▓ | | MS 200▓▓ | VARAS & MORGAN | |
|   Exposure | Occupation | | Exposure out of client approved date range | | | |
| HERING, LOUIS | NBR▓▓▓▓ | ▓▓▓▓ | | MS 200▓▓ | VARAS & MORGAN | |
|   Exposure | Occupation | | Exposure out of client approved date range | | | |
| HOLMAN, CLINTON | NBR▓▓▓▓ | ▓▓▓▓ | | MS 200▓▓ | VARAS & MORGAN | |
|   Exposure | Jobsite | | Has not been provided | | | |
|   Claim | Date of Birth | | Has not been provided | | | |
| HOLMES, FRED | NBR▓▓▓▓ | ▓▓▓▓ | | MS 200▓▓ | VARAS & MORGAN | |
|   Exposure | Occupation | | Exposure out of client approved date range | | | |
| HOLT, MARJORIE | NBR▓▓▓▓ | ▓▓▓▓ | | MS 200▓▓ | VARAS & MORGAN | |
|   Exposure | Occupation | | Exposure out of client approved date range | | | |
|   Vital Records | Documented Work History | | Has not been provided | | | |
| | Estate Papers | | Has not been provided | | | |

STRIGEL 109

# PACE
## Qualification Report

**NATIONAL SERVICE INDUSTRIES (NORTH**
**HILRY ANDERSON FUTURES : 303841**
**Resolution Counsel: VARAS & MORGAN, PLLC**

Resolution Date: 01-Nov-01
Resolution Total: $4,019,633.75

| Injured Party | Category | Reference ID | Social Security | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|---|
| | | | Review Date | | | | |
| HOOKER BOBBY | Exposure | NBR001084 | | Not a client qualifying jobsite | | MS 200010 | VARAS & MORGAN |
| HOSKINS ROSALIE | Exposure | NBR001087 | | | | MS 200080 | VARAS & MORGAN |
| | Occupation | | | Exposure out of client approved date range | | | |
| | Occupation | | | Has not been provided | | | |
| HUMES MILLIE | Exposure | NBR001088 | | | | MS 200070 | VARAS HERRIN |
| | Occupation | | | Exposure dates have not been provided | | | |
| HUMPHREY FLORINE | Occupation | NBR001840 | | | | MS 200090 | VARAS & MORGAN |
| HUTCHINS LOUIE | Exposure | NBR001089 | | | | MS 200090 | VARAS & MORGAN |
| | Jobsite | | | Not a client qualifying jobsite | | | |
| KARD MARY | Claim | NBR001089 | | Settlement Amount | | MS 200085 | VARAS & MORGAN |
| | Exposure | | | Has not been provided | | | |
| | Occupation | | | Exposure out of date range (1940-1975) | | | |
| JACKSYBEL | Occupation | NBR001898 | | Exposure out of client approved date range | | AR 200058 | VARAS & MORGAN |

STRIGEL 110

# PACE
## Qualification Report

NATIONAL SERVICE INDUSTRIES (NORTH
HILRY ANDERSON FUTURES : 303841
Resolution Counsel: VARAS & MORGAN, PLLC

Resolution Date: 01-Nov-01
Resolution Total: $4,019,633.75

| Injured Party / Category | Reference ID / Review Date | Social Security | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|
| JACKSON ▓▓▓ | ▓▓▓ | ▓▓▓ | | | ▓▓▓ | ▓▓▓ |
|   Exposure | | | | | | |
|     Occupation | | Exposure out of client approved date range | | | | |
| JAMES WALTER ▓▓▓ | ▓▓▓ | ▓▓▓ | | | ▓▓▓ | ▓▓▓ |
|   Claim | | | | | | |
|     Settlement Amount | | Has not been provided | | | | |
|   Exposure | | | | | | |
|     Affidavit of Exposure | | Has not been provided | | | | |
|     Documented Work History | | Has not been provided | | | | |
|     Jobsite | | Has not been provided | | | | |
|     Occupation | | Has not been provided | | | | |
| JEFFERSON MARY ▓▓▓ | ▓▓▓ | ▓▓▓ | | | ▓▓▓ | ▓▓▓ |
|   Claim | | | | | | |
|     Settlement Amount | | Has not been provided | | | | |
|   Exposure | | | | | | |
|     Occupation | | | | | | |
| JOHNSON MARY ▓▓▓ | ▓▓▓ | ▓▓▓ | | | ▓▓▓ | ▓▓▓ |
|   Exposure | | | | | | |
|     Occupation | | Exposure out of date range (1940-1975) | | | | |
| JOHNSON MARY ▓▓▓ | ▓▓▓ | ▓▓▓ | | | ▓▓▓ | ▓▓▓ |
|   Exposure | | | | | | |
|     Occupation | | Exposure out of client approved date range | | | | |
| JONES CHARLOTTE ▓▓▓ | ▓▓▓ | ▓▓▓ | | | ▓▓▓ | ▓▓▓ |
|   Exposure | | | | | | |
|     Occupation | | Exposure out of client approved date range | | | | |

STRIGEL 111

# PACE
## Qualification Report

NATIONAL SERVICE INDUSTRIES (NORTH
HILRY ANDERSON FUTURES : 303841
Resolution Counsel: VARAS & MORGAN, PLLC

Resolution Date:        01-Nov-01
Resolution Total:       $4,019,633.75

| Injured Party | Category | Reference ID | Social Security | Review Date | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|---|---|
| JONES HENRY | Exposure | | | | | | | |
| | Jobsite | NBR01056R | | | Not a client qualifying jobsite | | | |
| JONES HENRY | Exposure | | | | | | | |
| | Occupation | NBR01056R | | | Exposure dates have not been provided | | | |
| JONES MARY | Exposure | | | | | | | |
| | Occupation | NBR01056R | | | Exposure out of date range (1940-1975) | | | |
| JONES MARY | Exposure | | | | | | | |
| | Occupation | NBR01056R | | | Exposure out of client approved date range | | | |
| JOSH LEROY | Exposure | | | | | | | |
| | Jobsite | NBR01056R | | | Not a client qualifying jobsite | | | |
| | Occupation | | | | Exposure out of date range (1940-1975) | | | |
| JOUBERT PAUL | Medical | NBR01056R | | | | | | |
| | Diagnosis Date | | | | Has not been provided | | | |
| | ILO Chart/B-Reader Report | | | | ILO chart has not been provided | | | |
| | Physician Report | | | | Has not been provided | | | |
| KENNEDY CALDWELL | | NBR01056R | | | | | | |

STRIGEL 112

# PACE
## Qualification Report

**NATIONAL SERVICE INDUSTRIES (NORTH**
**HILRY ANDERSON FUTURES : 303841**
**Resolution Counsel: VARAS & MORGAN, PLLC**

Resolution Date: 01-Nov-01
Resolution Total: $4,019,633.75

| Injured Party / Category | Reference ID / Review Date | Social Security | Sett Disease / Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|
| **KENNEDY, CALDWELL** (continued) | | | | | | |
| Exposure | | | | | | |
| Jobsite | | | No exposure at approved jobsite | | | |
| **KYLES, JOHN** | | | | | | |
| Exposure | | | | | | |
| Jobsite | | | No exposure at approved jobsite | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| **LAMBERT, ROBERT** | | | | | | |
| Exposure | | | | | | |
| Jobsite | | | No exposure at approved jobsite | | | |
| Jobsite | | | Not a client qualifying jobsite | | | |
| **LERDY, PATSY** | | | | | | |
| Claim | | | | | | |
| Settlement Amount | | | Has not been provided | | | |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| **LESTER, JAMES** | | | | | | |
| Vital Records | | | | | | |
| Estate Papers | | | Has not been provided | | | |
| Estate Papers | | | Personal representative's estate papers needed | | | |
| **LEWIS, MAE** | | | | | | |
| Exposure | | | | | | |
| Occupation | | | Exposure dates have not been provided | | | |
| Occupation | | | Has not been provided | | | |

STRIGEL 113

# PACE
## Qualification Report

**NATIONAL SERVICE INDUSTRIES (NORTH**
**HILRY ANDERSON FUTURES : 303841**
**Resolution Counsel: VARAS & MORGAN, PLLC**

Resolution Date:  01-Nov-01
Resolution Total:  $4,019,633.75

| Injured Party / Category | Reference ID / Review Date | Social Security | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|
| LUCAS ELIZA | | | | | | |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| LUNSFORD BARBARA | | | | | | |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| MADISON DONALD | | | | | | |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| MARTIN ALAN | | | | | | |
| Exposure | | | | | | |
| Jobsite | | | Not a client qualifying jobsite | | | |
| MARTIN | | | | | | |
| Exposure | | | | | | |
| Jobsite | | | Not a client qualifying jobsite | | | |
| MAULDIN GERALD | | | | | | |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| MAYFIELD GEORGE | | | | | | |
| Exposure | | | | | | |
| Jobsite | | | Not a client qualifying jobsite | | | |
| MCCANN JAMES | | | | | | |
| Exposure | | | | | | |
| Jobsite | | | Has not been provided | | | |
| Occupation | | | Has not been provided | | | |
| Medical | | | | | | |
| ILO Chart/B-Reader Report | | | ILO chart has not been provided | | | |

STRIGEL 114

# PACE
## Qualification Report

NATIONAL SERVICE INDUSTRIES (NORTH
HILRY ANDERSON FUTURES : 303841
Resolution Counsel: VARAS & MORGAN, PLLC

Resolution Date:  01-Nov-01
Resolution Total:  $4,019,633.75

| Injured Party / Category | Reference ID | Social Security | Review Date | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|---|
| **MCCARTY JAMES** (continued) | | | | | | | |
| Medical | Physician Report | | | Has not been provided | | | |
| **MCCONATHY GARRETT** | NBR... | | | | | | |
| Exposure | | | | Not a client qualifying jobsite | | | |
| **MCDRIGHT CHARLES** | NBR... | | | | | | |
| Exposure | | | | Not a client qualifying jobsite | | | |
| **MCGINN VELA** | NBR... | | | | | | |
| Exposure | | | | City and state have not been provided | | | |
| **MCKIGHT CHARLES** | NBR... | | | | | | |
| Jobsite | | | | Not a client qualifying jobsite | | | |
| **MCKINSTRY CONNIE** | NBR... | | | | | | |
| Jobsite | | | | Not a client qualifying jobsite | | | |
| **MCLAUGHLIN GEORGE** | NBR... | | | | | | |
| Occupation | | | | Exposure out of client approved date range | | | |
| **MCLEOD HAROLD** | NBR... | | | | | | |
| Jobsite | | | | Not a client qualifying jobsite | | | |

STRIGEL 115

# PACE
## Qualification Report

NATIONAL SERVICE INDUSTRIES (NORTH
HILRY ANDERSON FUTURES : 303841
Resolution Counsel: VARAS & MORGAN, PLLC

Resolution Date:    01-Nov-01
Resolution Total:    $4,019,633.75

| Injured Party / Category | Reference ID / Review Date | Social Security | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|
| MCLEOD HAROLD | | | | | | |
| Exposure | | | | | | |
| Jobsite | NER... | | Not a client qualifying jobsite | | | |
| MOREE REED | | | | | | |
| Vital Records | | | | | | |
| Estate Papers | | | Has not been provided | | | |
| MCSWAIN LEROY | | | | | | |
| Exposure | | | | | | |
| Jobsite | NER... | | Not a client qualifying jobsite | | | |
| MOORE CLARENCE | | | | | | |
| Exposure | | | | | | |
| Jobsite | NER... | | Not a client qualifying jobsite | | | |
| MOORE WAME | | | | | | |
| Exposure | | | | | | |
| Occupation | NER... | | Exposure out of client approved date range | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| NAYLOR ROGERS | | | | | | |
| Exposure | | | | | | |
| Occupation | NER... | | Exposure out of client approved date range | | | |
| NORMAN PHILLIP | | | | | | |
| Exposure | | | | | | |
| Occupation | NER... | | Exposure out of client approved date range | | | |
| PATRON AS GARY | | | | | | |
| Exposure | | | | | | |
| Occupation | NER... | | Exposure out of date range (1940-1975) | | | |

STRIGEL 116

# PACE
## Qualification Report

**NATIONAL SERVICE INDUSTRIES (NORTH**
**HILRY ANDERSON FUTURES : 303841**
**Resolution Counsel: VARAS & MORGAN, PLLC**

| Resolution Date: | 01-Nov-01 |
| --- | --- |
| Resolution Total: | $4,019,633.75 |

| Injured Party | Category | Reference ID | Social Security | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
| --- | --- | --- | --- | --- | --- | --- | --- |
| PATRONAS CARY | | NBR01063840 | | | | | |
| | **Exposure** | | | | | | |
| | *Occupation* | | | Exposure out of client approved date range | | | |
| | **Vital Records** | | | | | | |
| | *Estate Papers* | | | Has not been provided | | | |
| | *Estate Papers* | | | Personal representative's estate papers needed | | | |
| PEARL RICHARD | | NBR01063840 | 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 | | YS 40120 | VARAS & MORGAN | |
| | **Exposure** | | | | | | |
| | *Jobsite* | | | No exposure at approved jobsite | | | |
| | *Jobsite* | | | Not a client qualifying jobsite | | | |
| | *Occupation* | | | Exposure out of date range (1940-1975) | | | |
| PEARSON ROSCOE | | NBR01064000 | | | YS 39030 | VARAS & MORGAN | |
| | **Vital Records** | | | | | | |
| | *Executed Release* | | | Notary's commission has expired | | | |
| PEARSON VICKI | | NBR01063680 | 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 | | YS 40013-TN | VARAS & MORGAN | |
| | **Exposure** | | | | | | |
| | *Affidavit of Exposure* | | | Has not been provided | | | |
| | *Documented Work History* | | | Has not been provided | | | |
| | *Jobsite* | | | Has not been provided | | | |
| | *Occupation* | | | Has not been provided | | | |
| | **Vital Records** | | | | | | |
| | *Death Certificate* | | | Has not been provided | | | |
| | *Estate Papers* | | | Has not been provided | | | |
| PERINELLI EDDIE | | NBR01063670 | 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 | | YS 000650 | VARAS & MORGAN | |

STRIGEL 117

# PACE

## Qualification Report

**NATIONAL SERVICE INDUSTRIES (NORTH**
**HILRY ANDERSON FUTURES : 303841**
Resolution Counsel: VARAS & MORGAN, PLLC

| Resolution Date: | 01-Nov-01 |
| Resolution Total: | $4,019,633.75 |

| Injured Party | Category | Reference ID | Social Security | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
| | | Review Date | | | | | |
|---|---|---|---|---|---|---|---|
| PENKEL EDDI | Claim | (continued) | | | | | |
| | Settlement Amount | | | Has not been provided | | | |
| PERRY SAMUEL | Exposure | NBR01CF27 | | | | | |
| | Occupation | | | Exposure out of client approved date range | | | |
| PIERCE WILLIAM | Exposure | NBR01CF2 | | | | | |
| | Jobsite | | | City and state have not been provided | | | |
| POOL CRUS AUBRE | Exposure | NBR01CF | | | | | |
| | Jobsite | | | City and state have not been provided | | | |
| POND S TRAVIS | Exposure | NBR01CF | | | | | |
| | Jobsite | | | Not a client qualifying jobsite | | | |
| PRIOR LAWRENCE | Exposure | NBR01CF2 | | | | | |
| | Occupation | | | Exposure out of client approved date range | | | |
| | Exposure | | London DR - Exposure | Work history is incomplete | | | |
| | Occupation | | | Has not been provided | | | |
| REED TERRENCE | Exposure | NBR01CF | | | | | |
| | Occupation | | | Exposure out of client approved date range | | | |

STRIGEL 118

# PACE
## Qualification Report

**NATIONAL SERVICE INDUSTRIES (NORTH**
HILRY ANDERSON FUTURES : 303841
Resolution Counsel: VARAS & MORGAN, PLLC

Resolution Date:           01-Nov-01
Resolution Total:    $4,019,633.75

| Injured Party / Category | Reference ID | Social Security / Review Date | Sett Disease / Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|
| RICHARDS, BARBARA | ████████ | ████████ | | | ████████ | ████████ |
|   Exposure | | | | | | |
|     Jobsite | | City and state have not been provided | | | | |
|     Occupation | | Has not been provided | | | | |
| RICHARDSON, JOHNNIE | ████████ | ████████ | | | ████████ | ████████ |
|   Exposure | | | | | | |
|     Jobsite | | | | | | |
| RIDDLE, TYRONE | ████████ | ████████ | | | ████████ | ████████ |
|   Exposure | | | | | | |
|     Occupation | | Not a client qualifying jobsite | | | | |
| RIDGEWAY, DONALD | ████████ | ████████ | | | ████████ | ████████ |
|   Exposure | | | | | | |
|     Occupation | | Exposure out of date range (1940-1975) | | | | |
| RIVARD, JOHN | ████████ | ████████ | | | ████████ | ████████ |
|   Exposure | | | | | | |
|     Medical | | | | | | |
|     Diagnosis Date | | Has not been provided | | | | |
|     ILO Chart/B-Reader Report | | B-Reader report has not been provided | | | | |
|     ILO Chart/B-Reader Report | | ILO chart has not been provided | | | | |
| ROBERTS, TIMOTHY | ████████ | ████████ | | | ████████ | ████████ |
|   Exposure | | | | | | |
|     Occupation | | Exposure out of date range (1940-1975) | | | | |
| ROBERTSON, DONALD | ████████ | ████████ | | | ████████ | ████████ |
|   Exposure | | | | | | |
|     Occupation | | Exposure out of client approved date range | | | | |

STRIGEL 119

# PACE
## Qualification Report

NATIONAL SERVICE INDUSTRIES (NORTH
HILRY ANDERSON FUTURES : 303841
Resolution Counsel: VARAS & MORGAN, PLLC

Resolution Date:                01-Nov-01
Resolution Total:          $4,019,633.75

| Injured Party Category | Reference ID | Social Security | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|
| ROBERTSON, DONALD | NBR-0061705 (continued) | | | | | |
| Exposure | | | Exposure out of client approved date range | | MS 202026 | VARAS & MORGAN |
| Occupation | | 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 | | | | |
| ROSS, LARRY | NBR-DKCP743 | | | | | |
| Exposure | | | Exposure out of client approved date range | | MS 202026 | VARAS & MORGAN |
| Occupation | | | | | | |
| Jobsite | | | No exposure at approved jobsite | | | |
| ROUSSELL, DELORIS | NBR-0061716 | | | | MS 202026 | VARAS & MORGAN |
| Exposure | | 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 | | | | |
| Vital Records | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| Death Certificate | | | Has not been provided | | | |
| Estate Papers | | | Has not been provided | | | |
| SHINAL, JAMES | NBR-0106699 | | | | MS 202036 | VARAS & MORGAN |
| Exposure | | 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 | | | | |
| Claim | | | | | | |
| Settlement Amount | | | Has not been provided | | | |
| SMITH, ISADORE | NBR-DKCS102 | | | | MS 202036 | VARAS & MORGAN |
| Exposure | | 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 | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| Vital Records | | | | | | |
| Death Certificate | | | Has not been provided | | | |
| Estate Papers | | | Has not been provided | | | |
| SMITH, JACOB | NBR-0362931 | | | | MS 202028 | VARAS & MORGAN |
| Exposure | | 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 | | | | |
| Jobsite | | | Not a client qualifying jobsite | | | |

STRIGEL 120

# PACE
## Qualification Report

**NATIONAL SERVICE INDUSTRIES (NORTH**
**HILRY ANDERSON FUTURES : 303841**
**Resolution Counsel: VARAS & MORGAN, PLLC**

Resolution Date: **01-Nov-01**
Resolution Total: **$4,019,633.75**

| Injured Party | Category | Reference ID | Social Security Review Date | Set Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|---|
| STATON, ELMER | Exposure | | | | | | |
| | Jobsite | | | No exposure at approved Jobsite | | | |
| THOMAS, BARBARA | Exposure | | | | | | |
| THOMAS, MOSEL | Exposure | | | | | | |
| | Vital Records | | | Has not been provided | | | |
| | Estate Papers | | | Has not been provided | | | |
| | Documented Work History | | | Has been provided | | | |
| THOMPSON, JOHNNY | Exposure | | | | | | |
| | Occupation | | | Exposure out of client approved date range | | | |
| THOMPSON, JUDAH | Exposure | | | | | | |
| | Occupation | | | Exposure out of client approved date range | | | |
| THOMPSON, RUTH | Exposure | | | | | | |
| | Occupation | | | Exposure out of client approved date range | | | |
| TUGGLE, WILLIAM | Exposure | | | | | | |
| | Occupation | | | Exposure out of client approved date range | | | |
| TURBEVILLE, DOYLE | Exposure | | | | | | |
| | Occupation | | | Exposure out of client approved date range | | | |

STRIGEL 121

# PACE

Qualification Report

NATIONAL SERVICE INDUSTRIES (NORTH
HILRY ANDERSON FUTURES : 303841
Resolution Counsel: VARAS & MORGAN, PLLC

Resolution Date:                01-Nov-01
Resolution Total:        $4,019,633.75

| Injured Party Category | Reference ID | Social Security Review Date | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|
| TURNER, JERRY | | | | | | |
| Exposure | NBR01086## | 25#-09-32## | | NS 00006## | | VARA ## MORGAN ## |
| Occupation | | | Exposure out of client approved date range | | | |
| WALKER, EUGENE | NBR01060## | 47#-48-500# | | NS 00006## | | VARA ## MORGAN ## |
| Exposure | | | | | | |
| Occupation | | | Exposure out of date range (1940-1975) | | | |
| WALKER, MARY | NBR01060## | 18#-28-180# | | NS 0083## | | VARA ## MORGAN ## |
| Exposure | | | | | | |
| Jobsite | | | Not a client qualifying jobsite | | | |
| WALKER, ROBERT | NBR01061## | 18#-56-320# | | NS 009006# | | VARA ## MORGAN ## |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| Medical | | | | | | |
| Diagnosis Date | | | Has not been provided | | | |
| ILO Chart/B-Reader Report | | | ILO chart has not been provided | | | |
| Pathology Report | | | Has not been provided | | | |
| Vital Records | | | | | | |
| Death Certificate | | | Has not been provided | | | |
| Estate Papers | | | Has not been provided | | | |
| Estate Papers | | | Personal representative's estate papers needed | | | |
| WALTON, ROSIE | NBR0106###H | 46#-48-601# | | NS 0006## | | VARA ## MORGAN ## |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| WARE, CLARA | NBR01084##H | | | | | |

STRIGEL 122

# PACE
## Qualification Report

**NATIONAL SERVICE INDUSTRIES (NORTH**
**HILRY ANDERSON FUTURES : 303841**
**Resolution Counsel: VARAS & MORGAN, PLLC**

Resolution Date: 01-Nov-01
Resolution Total: $4,019,633.75

| Injured Party / Category | Reference ID | Social Security / Review Date | Sett Disease Comment | Next Trial | State Docket | Plaintiff Counsel |
|---|---|---|---|---|---|---|
| WARE, CLARA | NBR... | | | | | |
| Vital Records | | | | | | |
| Estate Papers | | | Has not been provided | | | |
| WASHINGTON, MARY | NBR... | | | | | |
| Exposure | | | | | | |
| Occupation | | 7-25-06-1977 | Has not been provided | | | |
| WILLIAMS, CARL | NBR... | | | | | |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| WILLIAMS, CARL | NBR... | | | | | |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |
| WILLIAMS, ELEANOR | NBR... | | | | | |
| Medical | | | Exposure out of client approved date range | | | |
| Diagnosis Date | | | Has not been provided | | | |
| ILO Chart/B-Reader Report | | | B-Reader report has not been provided | | | |
| ILO Chart/B-Reader Report | | | ILO chart has not been provided | | | |
| WILLIAMS, WAYNE | NBR... | | | | | |
| Exposure | | | | | | |
| Occupation | | | Exposure out of client approved date range | | | |

Injured Parties with Deficiencies: 139

STRIGEL 123