MBB/lc/christie affidavit.wpd
7/25/01

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) | CIVIL ACTION NO. MDL 875 |
| This Document relates to: ALL FELA ACTIONS ) ) | |

### AFFIDAVIT

STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF COOK       )

I, C. Dale Christie, being of lawful age, and being first duly sworn, state as follows:

1. I am Vice President - Manufacturing for Griffin Wheel Company, a division of Amsted Industries Incorporated ("GWC").

2. I have personal knowledge of the facts stated herein, and the facts stated herein are true.

3. I make this affidavit in support of the motion for summary judgment filed by Griffin Wheel Company in the multidistrict proceeding styled In Re: Asbestos Products Liability Litigation (No. VI), Civil Action No. MDL 875, pending in the United States District Court for the Eastern District of Pennsylvania.

4. Prior to 1994, GWC sold and/or made and sold brake shoes for use on railroad locomotives and railcars.

EXHIBIT
4

5.   Those brake shoes were the only products made and/or sold by GWC which for a time contained a small percentage of encapsulated chrysotile asbestos.

6.   No other railroad product made and/or sold by GWC or Amsted ever contained asbestos.

FURTHER AFFIANT SAYETH NOT.

_____
C. DALE CHRISTIE

SUBSCRIBED and sworn to before me this 26th day of July, 2001, by C. Dale Christie.

_____
NOTARY PUBLIC

My Commission Expires:

04-22-2003

"OFFICIAL SEAL"
DONNA M. FERTIG
COMMISSION EXPIRES 04/22/03