✓ RECEIVED

Court of Appeal, First Appellate District, Division Two - No. A121620   SEP 2 4 2009



S175613

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

ALVA RANSFORD et al., Plaintiffs and Appellants,

v.

GRIFFIN WHEEL COMPANY, INC. et al., Defendants and Respondents.

---

The petition for review is denied.

Werdegar, J., was absent and did not participate.

SUPREME COURT
FILED
SEP 2 3 2009
Frederick K. Ohlrich Clerk

_____
Deputy

GEORGE
_____
*Chief Justice*

EXHIBIT 8