**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

William K. Suter
Clerk of the Court
(202) 479-3011

March 1, 2010

Mr. Larry Dean Ottaway
201 Robert S. Kerr Avenue
Bank of Oklahoma Plaza, 12th Floor
Oklahoma City, OK  73102



Re:  Ora Myrtle Ransford, et al.
     v. Griffin Wheel Company, Inc.
     No. 09-720

Dear Mr. Ottaway:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

EXHIBIT 9