IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) ) | CIVIL ACTION NO. MDL 875 |
| This Document relates to: ALL FELA ACTIONS IN WHICH GRIFFIN WHEEL COMPANY IS A DEFENDANT | ) ) ) ) | |

### PLAINTIFFS' INTERROGATORIES TO GRIFFIN WHEEL COMPANY

1. When was the first date that you were required to comply with any regulation concerning the use of asbestos on any brakeshoes you manufactured?

ANSWER:


2. Fully set forth the regulation identified in Interrogatory one.

ANSWER:


3. Identify any regulation that you contend concerns the use of asbestos on any brakeshoes that you ever manufactured?

ANSWER:


4. If you contend that any federal regulation concerning brakeshoes ever required or prohibited the use of asbestos, identify all such regulations.

ANSWER:

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212



5. If you contend that any federal regulation concerning brakeshoes ever mentioned asbestos, identify all such regulations.

ANSWER:

6. Identify any brakeshoes that you ever manufactured for which you submitted for approval to any federal agency a design or specification for the use of asbestos?

ANSWER:

7. Has any federal agency ever inspected any Griffin Wheel Company ("GW") brakeshoes for the purpose of determining whether asbestos had been utilized? If so, list all brakeshoes that have been subjected to any such inspection.

ANSWER:

8. Identify your most knowledgeable person with respect to the regulation of your brakeshoes by any federal agency, including but not limited to the regulation, if any, of the use of asbestos.

ANSWER:

9. Has GW ever sold a brakeshoe with a warranty, express or implied? If so, has GW ever refuted such a warranty based upon preemption by the Boiler Inspection Act? Describe each instance.

ANSWER:

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

10. Has GW purchased brakeshoe components or materials under warranty, express or implied? If so, has GW ever claimed that a component or material was in breach of such warranty? Describe each instance.

ANSWER:

Respectfully submitted,

GLASSER AND GLASSER, P.L.C.

_Richard J. Serpe_

Richard J. Serpe, Esq.
Marc C. Greco, Esq.
GLASSER AND GLASSER, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510-2212
(757) 625-6787

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) ) | CIVIL ACTION NO. MDL 875 |
| This Document relates to: ALL FELA ACTIONS IN WHICH GRIFFIN WHEEL COMPANY IS A DEFENDANT | ) ) ) ) | |

**PLAINTIFFS' REQUESTS FOR PRODUCTION TO GRIFFIN WHEEL COMPANY**

1. Produce any regulations identified in Plaintiffs' Interrogatories to Griffin Wheel Company Numbers 1 to 5.

RESPONSE:

2. Produce any document reflecting your interactions with any federal agency identified in Plaintiffs' Interrogatories to Griffin Wheel Company Numbers 6 and 7.

RESPONSE:

3. Produce any document reflecting preemption of warranty claims identified in Plaintiffs' Interrogatories to Griffin Wheel Company Numbers 10 and 11.

RESPONSE:

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

Respectfully submitted,

GLASSER AND GLASSER, P.L.C.

_____
Richard J. Serpe

Richard J. Serpe, Esq.
Marc C. Greco, Esq.
GLASSER AND GLASSER, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510-2212
(757) 625-6787

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212