| | | |
|---|---|---|
| Bernard Glasser<br>1910-1983<br>Melvin R. Zimm<br>1953-2009<br><br>Richard S. Glasser<br>Michael A. Glasser<br>William H. Monroe, Jr.*<br>Kip A. Harbison<br>Mark K. Groves<br>Charlotte E. Vaughn<br>Lisa S. Brook<br>Marc C. Greco**<br>Stephen R. Meenan | <br>**GLASSER AND GLASSER P.L.C.**<br>Attorneys and Counsellors at Law<br><br>Crown Center, Suite 600<br>580 East Main Street<br>Norfolk, Virginia 23510-2212<br>Telephone: (757) 625-6787<br>Facsimile: (757) 825-5959<br>(800) 874-5890<br>http://www.glasserlaw.com<br>1932 – Celebrating our 78th Year – 2010 | Richard A. Knee***<br>Karen M. Zello<br>L. Robert Richman<br>Patrick J. McKenna<br>Lindsey C. Kelly****<br>Timothy R. Spaulding<br>Daniel T. Bengston<br>Melissa M. Watson Goode<br>Michele S. Cumberland******<br>Erin C. Quinn<br><br>Of Counsel for FELA Litigation<br>Willard J. Moody, Jr —<br>The Moody Law Firm, Inc.<br><br>    *    Also admitted in DC<br>   **   Also admitted in LA<br>  ***  Also admitted in TX<br> **** Also admitted in NC<br>***** Also admitted in NC, WV, FL<br>******Also admitted in MD |

April 9, 2010

**<u>VIA FACSIMILE AND U.S. MAIL</u>**

Larry D. Ottaway, Esquire
Foliart, Huff, Ottaway & Bottom
201 Robert S. Kerr, Suite 1200
Oklahoma City, OK, 73102
Fax No.: (405) 232-3462

      RE:    Griffin Wheel Company's Motion for Summary Judgment

Dear Mr. Ottaway:

      We are in receipt of the Motion for Summary Judgment you recently filed on behalf of Griffin Wheel Company in our cases. After reviewing our file, I note that there are outstanding Interrogatories and Requests for Production served on Griffin Wheel Company in 2003 (copies enclosed). If your client has already responded to these discovery requests, I would appreciate if you would forward a copy of those responses to my office at your earliest convenience, as we have no record of having received Griffin Wheel's responses. Otherwise, I would appreciate if you would respond to this discovery as soon as possible so that we may adequately prepare our response to Griffin Wheel's Motion for Summary Judgment.

                        Sincerely,

                        GLASSER & GLASSER, P.L.C.

                        Kip A. Harbison

KAH/kmh
Enclosures

