04/12/2010 15:43 IFAX fax6@glasserlaw.com → General Services ☒002/002
Case 2:01-md-00875-ER Document 7145-7 Filed 04/16/10 Page 1 of 1
From:Foliart,Huff,Ottaway & Bottom 405+232+3462 04/12/2010 14:37 #028 P.002/002

Law Offices

# FOLIART, HUFF, OTTAWAY & BOTTOM

James D. Foliart
Glen D. Huff
Larry D. Ottaway*
Monty B. Bottom*
Susan A. Short
David A. Branscum
David K. McPhail
Michael T. Maloan
Robert D Hoisington
Amy Sherry Fischer
Steven J. Johnson

A Professional Corporation
Twelfth Floor
Bank of Oklahoma Plaza
201 Robert S. Kerr Avenue
Oklahoma City, Oklahoma 73102

Telephone (405) 232-4633
Fax (405) 232-3462

Whitney E. Buergler
Jason T. Rogers
Katie L. Templeton◦
Gregg J. Lytle
Matthew D. Martin III
Andrew M. Bowman
Elizabeth D. Fucci
Carri A. Remillard◦

*Also admitted in Texas
◦Also admitted in Indiana
▫Also admitted in Arkansas

April 12, 2010

**VIA FACSIMILE 757-625-5959**
Mr. Kip A. Harbison
Glasser & Glasser
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510-2212

   Re:  Griffin Wheel Company's Motion for Summary Judgment

Dear Mr. Harbison:

  Thank you for yours of April 9, 2010. Please refer to Griffin Wheel's Response to Plaintiff's Motion to Compel filed April 9, 2004 for the reason the discovery you reference was not and need not have been answered. It remains Griffin Wheel's position that the information being requested is irrelevant to the legal issue raised in its Motion for Summary Judgment. If you need more information, please call.

     Very truly yours,

     FOLIART, HUFF, OTTAWAY & BOTTOM

     By _____
       Larry D. Ottaway

LDO/lc/Harbison-001.wpd

