UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : | Civil Action No. MDL-875 |
|---|---|---|

| Plaintiffs On Exhibit 1 | : |
| | : |
| v. | : |
| | : |
| Griffin Wheel Company, *et al.* | : |
| | : |
| | : |

## ORDER

Based upon the Motion of the Plaintiffs, the Court hereby Orders that the Plaintiffs' Motion to Compel Discovery Responses From Defendant is granted. The Court further Orders that the Defendant Griffin Wheel Company's Motion for Summary Judgment is denied until the parties have had an opportunity to conduct discovery in these cases.

Eduardo C. Robreno,
United States District Judge

Date Entered