IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL 875

_____

**This Document Relates To:**

| | | |
|---|---|---|
| 1.  | Richard Denzel      | EDPA No. 09-66545 |
| 2.  | Boyd Gilchrist      | EDPA No. 09-66547 |
| 3.  | Robert Glaser       | EDPA No. 09-66548 |
| 4.  | Leslie Hanson       | EDPA No. 09-66549 |
| 5.  | Martin Ketterling   | EDPA No. 09-66554 |
| 6.  | Teanus Loeb         | EDPA No. 09-66561 |
| 7.  | Stephen Morrell     | EDPA No. 09-66564 |
| 8.  | Walter Poppke       | EDPA No. 09-66567 |
| 9.  | Pete Riedinger      | EDPA No. 09-66570 |
| 10. | Frank Unser         | EDPA No. 09-66574 |
| 11. | Joe Vogel           | EDPA No. 09-66577 |
| 12. | Frank Willson       | EDPA No. 09-66578 |

## ORDER

AND NOW, this 28th day of May, 2010, upon consideration of defendant's motions for summary judgment, plaintiffs' responses, and defendant's replies thereto, it is hereby

## ORDERED

that oral argument on defendant's motions for summary judgment regarding causation and plaintiff's claims of conspiracy, deceit, fraud, market share, enterprise, and alternative claims will be held on **Wednesday, July 14, 2010 at 12:00 p.m., Courtroom 3-C, 601 Market Street, Philadelphia, PA 19106**.

BY THE COURT:

   /s/ Thomas J. Rueter
THOMAS J. RUETER
Chief United States Magistrate Judge