IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ASBESTOS PRODUCTS | : | |
| LIABILITY LITIGATION (No. VI) | : | Civil Action No: |
| | : | MDL 875 |
| This Memorandum and Order refers only | : | |
| to the cases involving The Cascino | : | |
| Vaughan Law Offices referred to | : | |
| Judge Strawbridge | : | |

**ORDER**

   AND NOW, this 17th day of August, 2011, upon consideration of plaintiffs' unfiled Petition for Rule to Show Cause Against Various Defendants and their Attorneys, and the responses thereto, it is, for the reasons set out in the Explanation of this date, hereby **ORDERED** that:

  (1)  The Clerk of Court is directed to file the following documents, which are attached to this Order, on the 01-MD-875 docket:

    (a) "Plaintiffs' Petition for Rule to Show Cause Against Various Defendants and their Attorneys", along with Exhibits A-C to that Petition;

    (b) "Certain Defendants and their Attorneys' Response to Plaintiffs' Petition for Rule to Show Cause", along with Exhibits A-G to that response;

    (c) "Ericsson Inc.'s Response to Plaintifs' Petition for Rule to Show Cause Against Various Defendants and their Attorneys", along with Exhibits A-F to that response.

  (2)  Plaintiff's Petition is **DENIED**.

  (3)  Plaintiff's request for costs and fees is **DENIED.**

  (3)  Defendants' request for costs and fees is **DENIED**.[1]

            BY THE COURT:


            /s/ David R. Strawbridge
            DAVID R. STRAWBRIDGE
            UNITED STATES MAGISTRATE JUDGE

---

[1] We perceive that Defendants' requests for costs and fees has some merit. We decline, however, to direct that those costs or fees be paid by Plaintiffs in light of the fact that there has been nothing presented to indicate that the Respondents approached Plaintiffs with a request that they withdraw the motion prior to expending the costs associated with the preparation of the filing of their response. See E.D. Pa. Loc. R. Civ. P. 26.1(f)